### LORD *v.* THE STATE.

LUMPKIN, P. J.   The charge being that the accused, in violation of section 671 of the Penal Code, " did sell or otherwise dispose of " specified mortgaged property, and there being no evidence to show that he did either, the verdict of guilty was unwarranted and ought to have been set aside.

*Judgment reversed. All the Justices concurring.*

Submitted October 7, — Decided November 5, 1901.

Accusation of selling or otherwise disposing of mortgaged property.   Before Judge Robinson.   City court of Wrightsville.   May term, 1901.

*A. L. Hatcher* and *J. L. Kent,* for plaintiff in error.
*William Faircloth, solicitor,* contra.

---

### ALLEN *v.* THE STATE.

LEWIS, J.   The evidence, though not absolutely clear and convincing, was sufficient to sustain the conviction of the accused, and the Supreme Court will therefore not disturb the judgment of the court below overruling the motion for new trial, which was based only on the general grounds that the verdict was contrary to law and the evidence.

*Judgment affirmed. All the Justices concurring.*

Argued October 7, — Decided November 5, 1901.

Indictment for murder.   Before Judge Felton.   Bibb superior court.   June 3, 1901.

*M. G. Bayne* and *R. D. Feagin,* for plaintiff in error.
*J. M. Terrell, attorney-general,* and *William Brunson, solicitor-general,* contra.